UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEGGY PAULEY, ZSA ZSA RICHARDSON, and IRENE PLONKA, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

AUTOMOBILE CLUB OF MICHIGAN, a Michigan non-profit corporation d/b/a Auto Club Insurance Association and d/b/a AAA, d/b/a Auto Club Group, and d/b/a Auto Club Services; ANN FEDERICI, PLAN ADMINISTRATOR OF THE AUTO CLUB GROUP CASH VALUE PENSION PLAN; and THE AUTO CLUB GROUP, a Michigan non-profit corporation,

    Defendant.

Case No: 2:06-cv-12879

Hon. George C. Steeh

_____/

| | |
|---|---|
| SOMMERS SCHWARTZ, P.C.<br>By:  Joseph A. Golden (P14105)<br>    Patricia A. Stamler (P35905)<br>Attorneys for Plaintiffs<br>2000 Town Center, Suite 900<br>Southfield, Michigan 48075<br>(248) 355-0300 | KIENBAUM OPPERWALL<br> HARDY & PELTON, P.L.C.<br>By:  Thomas G. Kienbaum (P15945)<br>    Noel D. Massie (P28988)<br>    Margaret Carroll Alli (P38281)<br>    Sonja L. Lengnick (P67101)<br>Attorneys for Defendants<br>280 N. Old Woodward Avenue, Suite 400<br>Birmingham, Michigan 48009<br>(248) 645-0000 |

_____/

**STIPULATION AND ORDER STAYING
DISCOVERY AND OTHER PROCEEDINGS WITH RESPECT
TO COUNTS I AND II OF PLAINTIFFS' COMPLAINT**

Plaintiffs and Defendants having conferred to plan the orderly progress of this action, and having agreed that the resolution of Counts I and II of the Complaint, which allege violations of ERISA, is derivative of Plaintiffs' FLSA claims stated in Count III of the Complaint,

Plaintiffs and Defendants HEREBY STIPULATE that the Court may enter the attached Order, staying discovery and all other proceedings with respect to Counts I and II of the Complaint until such time as this Court renders its decision regarding the merits of Plaintiffs' FLSA claims, or until the further order of this Court.

| | |
|---|---|
| SOMMERS SCHWARTZ, P.C. | KIENBAUM OPPERWALL<br> HARDY & PELTON, P.L.C. |
| By: s/Joseph A. Golden<br>    (P14105) by Thomas G. Kienbaum<br>    With Permission of Joseph A. Golden<br>    Joseph A. Golden (P14105)<br>    Patricia A. Stamler (P35905)<br>Attorneys for Plaintiffs<br>2000 Town Center, Suite 900<br>Southfield, Michigan 48075<br>(248) 355-0300<br>Email: jgolden@sommerspc.com | By: s/Thomas G. Kienbaum<br>    (P15945)<br>    Thomas G. Kienbaum (P15945)<br>    Noel D. Massie (P28988)<br>    Margaret Carroll Alli (P38281)<br>    Sonja L. Lengnick (P67101)<br>Attorneys for Defendants<br>280 N. Old Woodward Avenue, Suite 400<br>Birmingham, Michigan 48009<br>(248) 645-0000<br>Email: tkienbaum@kohp.com |

2

**ORDER STAYING
DISCOVERY AND OTHER PROCEEDINGS WITH RESPECT
TO COUNTS I AND II OF PLAINTIFFS' COMPLAINT**

The Court having received and filed the accompanying stipulation, and being fully advised in the premises,

IT IS HEREBY ORDERED that discovery and all other proceedings with respect to Counts I and II of Plaintiffs' Complaint, which allege violations of ERISA, are STAYED until such time as this Court renders its decision regarding the merits of Plaintiffs' FLSA claims, or until the further order of this Court.

                                             s/George Caram Steeh
                                             United States District Judge

Dated: October 17, 2006