UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEGGY PAULEY, ZSA ZSA RICHARDSON, and IRENE PLONKA, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

AUTOMOBILE CLUB OF MICHIGAN, a Michigan non-profit corporation d/b/a Auto Club Insurance Association and d/b/a AAA, d/b/a Auto Club Group, and d/b/a Auto Club Services; ANN FEDERICI, PLAN ADMINISTRATOR OF THE AUTO CLUB GROUP CASH VALUE PENSION PLAN; and THE AUTO CLUB GROUP, a Michigan non-profit corporation,

    Defendant.
_____/

Case No: 2:06-cv-12879

Hon. George Caram Steeh

| | |
|---|---|
| SOMMERS SCHWARTZ, P.C.<br>By:  Joseph A. Golden (P14105)<br>    Patricia A. Stamler (P35905)<br>Attorneys for Plaintiffs<br>2000 Town Center, Suite 900<br>Southfield, Michigan 48075<br>(248) 355-0300 | KIENBAUM OPPERWALL<br> HARDY & PELTON, P.L.C.<br>By:  Thomas G. Kienbaum (P15945)<br>    Noel D. Massie (P28988)<br>    Margaret Carroll Alli (P38281)<br>    Sonja L. Lengnick (P67101)<br>Attorneys for Defendants<br>280 N. Old Woodward Avenue, Suite 400<br>Birmingham, Michigan 48009<br>(248) 645-0000 |

_____/

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon stipulation of the parties and the court being otherwise fully advised in the premises, it is hereby ordered that this matter be and hereby is dismissed in its entirety as to all parties without prejudice or costs.

Dated: December 18, 2006

                                            s/George Caram Steeh
                                            HON. GEORGE CARAM STEEH
                                            U.S. District  Judge

So Stipulated:

| SOMMERS SCHWARTZ, P.C. | KIENBAUM OPPERWALL<br> HARDY & PELTON, P.L.C. |
|---|---|
| By: *s/Joseph A. Golden* (w/consent)<br>    Joseph A. Golden (P14105)<br>    Patricia A. Stamler (P35905)<br>Attorneys for Plaintiffs<br>2000 Town Center, Suite 900<br>Southfield, Michigan 48075<br>(248) 355-0300 | By: *s/Margaret Carroll Alli*<br>    Thomas G. Kienbaum (P15945)<br>    Noel D. Massie (P28988)<br>    Margaret Carroll Alli (P38281)<br>    Sonja L. Lengnick (P67101)<br>Attorneys for Defendants<br>280 N. Old Woodward Avenue, Suite 400<br>Birmingham, Michigan 48009<br>(248) 645-0000<br>Email:  malli@kohp.com |
| Dated: December 15, 2006 | Dated:  December 8, 2006 |